IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03171-PAB

HARA SINGH GILL,

Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity,
DAVID J. VENTURELLA, Acting Director of Immigration and Customs Enforcement, in his official capacity, and,
TODD BLANCHE, Acting Attorney General, U.S. Department of Justice, in his official capacity,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of Judge Philip A. Brimmer entered on July 27, 2026, it is

ORDERED that Hara Singh Gill's Verified Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 30th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ J. Dynes
Deputy Clerk